

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JUN 2 2 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) STEPHEN REAGOR )
)
    Plaintiff, )
)
v. )
) Case No.
(1) SOUTHERN FOODS GROUP, LLC )
d/b/a BORDEN DAIRY PRODUCTS ) 15 CV -345 JHP - FHM
)
)
    Defendant. )

## NOTICE OF REMOVAL

1. Southern Foods Group, LLC, d/b/a Borden Dairy Products ("Defendant") is the defendant in a civil action brought against it in the District Court of Tulsa County, State of Oklahoma, and titled *Stephen Reagor v. Southern Foods Group, LLC d/b/a Borden Dairy Products*, Case No. CJ-2015-1297.

2. Originally, this case had two defendants. However, Stephen Reagor ("Plaintiff") dismissed Borden Dairy Company of Texas, LLC from the case without prejudice on June 18, 2015.

3. Plaintiff asserts claims arising under federal law, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*, and 29 U.S.C. § 216(b).

4. This is the kind of action of which the United States District Courts have original jurisdiction because of a federal question. 28 U.S.C. § 1331. Therefore, this action is removable under 28 U.S.C. § 1441(a).

5. The aforementioned action was commenced by service of summons upon The Corporation Company, as registered service agent for Defendant, on June 1, 2015, and this Notice of Removal, therefore, is timely under 28 U.S.C. § 1446(b).

1

6. Pursuant to 28 U.S.C. § 1446(a) and N.D. LCvR 81.2, copies of all process, pleadings, and orders filed or served in the state court action, along with a docket sheet from the case, are attached hereto as Exhibits 1 through 5.

DATED June 22, 2015.

Respectfully submitted,

*/s/ Allison E. Osborn*

Randall J. Snapp, OBA #11169
Allison E. Osborn, OBA #31677
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
randall.snapp@crowedunlevy.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was delivered to the Court Clerk of Tulsa County, Oklahoma, Tulsa County Courthouse, 500 S. Denver, Tulsa, Oklahoma 74103 and was mailed, postage prepaid, this 22d day of June, 2015 to the following attorney for Plaintiff:

Daniel E. Smolen
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119

*/s/ Allison E. Osborn*
Allison E. Osborn

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

STEPHEN REAGOR,  
    Plaintiff,  
v.  
SOUTHERN FOODS GROUP LLC, DBA  
BORDEN DAIRY PRODUCTS  
    Defendant, and  
BORDEN DAIRY COMPANY OF TEXAS LLC,  
    Defendant.

No. CJ-2015-1297  
(Civil relief more than $10,000: DISCRIMINATION)

Filed: 04/06/2015

Judge: Kuehn, Dana

## PARTIES

BORDEN DAIRY COMPANY OF TEXAS LLC, Defendant  
REAGOR, STEPHEN, Plaintiff  
SOUTHERN FOODS GROUP LLC, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| SMOLEN SMOLEN & ROYTMAN PLLC<br>701 SO CINCINNATI AVE<br>TULSA, OK 74119 | REAGOR, STEPHEN |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.



EXHIBIT 1

Issue # 1.       Issue: DISCRIMINATION (DISCRIM)
                 Filed By: REAGOR, STEPHEN
                 Filed Date: 04/06/2015

| Party Name | Disposition Information |
|---|---|
| **Defendant:**<br>SOUTHERN FOODS GROUP LLC | Pending. |
| **Defendant:**<br>BORDEN DAIRY COMPANY OF TEXAS LLC | Disposed: DISMISSED WITHOUT PREJUDICE, 06/18/2015. Other |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-06-2015 | TEXT | Civil relief more than $10,000 Initial Filing. | 1 | | |
| 04-06-2015 | DISCRIM | DISCRIMINATION | | | |
| 04-06-2015 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 04-06-2015 | PFE1 | PETITION<br>*Document Available (#1029069492)* | | | $ 163.00 |
| 04-06-2015 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 04-06-2015 | OCISR | Oklahoma Court Information System Revolving Fund | | | $ 25.00 |
| 04-06-2015 | CCADMIN02 | Court Clerk Administrative Fee on $2 Collections | | | $ 0.20 |
| 04-06-2015 | OCJC | Oklahoma Council on Judicial Complaints Revolving Fund | | | $ 2.00 |
| 04-06-2015 | OCASA | Oklahoma Court Appointed Special Advocates | | | $ 5.00 |
| 04-06-2015 | CCADMIN04 | Court Clerk Administrative Fee on Collections | | | $ 0.50 |
| 04-06-2015 | LTF | Lengthy Trial Fund | | | $ 10.00 |
| 04-06-2015 | SMF | Summons Fee (Clerks Fee)-2 | | | $ 10.00 |
| 04-06-2015 | SMIMA | Summons Issued - Mailed by Attorney | | | |
| 04-06-2015 | TEXT | OCIS has automatically assigned Judge Kuehn, Dana to this case. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-06-2015 | ACCOUNT | Receipt # 2015-3064104 on 04/06/2015. Payor:SMOLEN SMOLEN Total Amount Paid: $223.70. Line Items: CJ-2015-1297: $173.00 on AC01 Clerk Fees. CJ-2015-1297: $6.00 on AC23 Law Library Fee. CJ-2015-1297: $0.70 on AC31 Court Clerk Revolving Fund. CJ-2015-1297: $5.00 on AC58 Oklahoma Court Appointed Special Advocates. CJ-2015-1297: $2.00 on AC59 Oklahoma Council on Judicial Complaints Revolving Fund. CJ-2015-1297: $2.00 on AC64 Dispute Mediation Fees. CJ-2015-1297: $25.00 on AC79 OCIS Revolving Fund. CJ-2015-1297: $10.00 on AC81 Lengthy Trial Fund. | | | |
| 06-08-2015 | S | Party has been successfully served./ FOR SOUTHERN FOODS GROUP LLC / BY CERT MAIL / SIGNED KORRI BEHLER / ON 6-1-2015 *Document Available (#1029878519)* | | SOUTHERN FOODS GROUP LLC | |
| 06-08-2015 | S | Party has been successfully served./ FOR BORDEN DAIRY CO OF TEXAS LLC / BY CERT MAIL / SIGNED KORRI BEHLER / 6-1-15 *Document Available (#1029878515)* | | BORDEN DAIRY COMPANY OF TEXAS LLC | |
| 06-18-2015 | DWOP | STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BORDEN DAIRY COMPANY OF TEXAS LLC ONLY BY PLT *Document Unavailable (#1029879871)* | | BORDEN DAIRY COMPANY OF TEXAS LLC | |
| 06-18-2015 | DISPDWOP | DISMISSAL WITHOUT PREJUDICE | 1 | BORDEN DAIRY COMPANY OF TEXAS LLC | |

IN THE DISTRICT COURT FOR TULSA COUNTY
STATE OF OKLAHOMA

STEPHEN REAGOR, an individual )
)
    Plaintiff, ) Case No.
) **CJ-2015-01297**
vs. )
) DANA LYNN KUEHN
(1) SOUTHERN FOODS GROUP, LLC )
d/b/a BORDEN DAIRY PRODUCTS ) ATTORNEY LIEN CLAIMED
a Foreign Limited Liability Company, and )
(2) BORDEN DAIRY COMPANY OF ) DISTRICT COURT
TEXAS, LLC, ) F I L E D
)
    Defendants. ) APR -- 6 2015

PETITION

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

COMES NOW the Plaintiff, Stephen Reagor, by and through his attorney of record, Daniel E. Smolen, of *Smolen, Smolen & Roytman, PLLC*, and brings this action against Defendants, Southern Food Groups, LLC d/b/a Borden Dairy Products, and Borden Dairy Company of Texas, LLC, (collectively "Defendants") for violation of his constitutionally protected rights arising out of his employment and termination by said Defendants.

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff is a resident of Tulsa County, State of Oklahoma.

2. Defendant Southern Food Groups, LLC d/b/a Borden Dairy Products, is a foreign limited liability company regularly conducting business in Tulsa County, State of Oklahoma, and employs more than fifteen (15) people.

3. Defendant Borden Dairy Company of Texas, LLC, is a foreign limited liability company regularly conducting business in Tulsa County, State of Oklahoma, and employs more than fifteen (15) people.

1

EXHIBIT
2

4. The incidents and occurrences that form the basis of Plaintiff's action occurred in Tulsa County, State of Oklahoma.

5. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") complaining of discrimination based on race and retaliation. A Notice of Right to Sue was received by Plaintiff, and this Petition has been filed within ninety (90) days of the receipt of the Notice. As such, all conditions precedent to the filing of this lawsuit are fulfilled.

6. This Court has jurisdiction and venue is proper in Tulsa County, State of Oklahoma.

7. Plaintiff brings this action for damages under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e *et seq.* ("Title VII"), providing for relief against discrimination in employment on the basis of race.

8. Plaintiff brings this action for damages under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-3(a), for terminating the Plaintiff in retaliation for reporting race discrimination.

9. Plaintiff brings this action for damages under the Oklahoma Anti-Discrimination Act (OADA) 25 O.S. § 1301, *et seq.*, for race discrimination prohibited under the laws of the State of Oklahoma.

10. Plaintiff brings this action for damages under the Oklahoma Anti-Discrimination Act (OADA) 25 O.S. § 1601, *et seq.*, providing for relief against retaliation for terminating the Plaintiff in retaliation for reporting race discrimination.

11. Compensatory damages are sought pursuant to 42 U.S.C. § 2000e, *et seq.* and 29 U.S.C. § 216(b).

2

12. Costs and attorney's fees may be awarded pursuant to 42 U.S.C. § 2000e, *et seq.*

13. Compensatory damages, liquidated damages, equitable relief, costs, and attorney's fees may be awarded pursuant to 25 O.S. § 1350(c).

### FACTS COMMON TO ALL CLAIMS

14. Plaintiff incorporates as if realleged the preceding paragraphs.

15. Plaintiff is an African-American.

16. Plaintiff was hired by Defendant on July 18, 2012 as a Class B route Driver, and was a punctual, diligent, and committed employee of the Defendant during his two years of service.

17. Prior to his termination, Plaintiff had no record of poor performance or disciplinary action by the Defendant. In fact, the Plaintiff faithfully performed the required job duties assigned to him by his supervisors, and the Plaintiff's reputation among his fellow co-workers was excellent.

18. During his employment, the Plaintiff was subjected to unequal treatment compared to non-African American drivers, who were exempt from wholesale delivery routes, the continuation of deliveries absent orders being available, and were assigned extra help on large delivery routes.

19. Plaintiff requested a meeting to complain about this difference in treatment approximately one week before he was suspended.

20. On June 11, 2014, Plaintiff was suspended for alleged insubordination, and was subsequently terminated on June 17, 2014, following a disagreement with his supervisors regarding the Defendant's refusal to provide the Plaintiff with help on

his scheduled route, despite the fact that the route at issue was normally handled by two workers.

21. Plaintiff addressed his concerns by going through the proper channels during a subsequent meeting with the Defendant's Manager of Human Resources. Plaintiff believes that the result of his meeting with Human Resources was additional hostility from his Route Supervisor, Mr. Armond Hockman.

22. The underlying reasons for Plaintiff's suspension and subsequent termination were wholly inconsistent with the Defendant's normal business practices, Defendant's company policies under its employee handbook, and the company's policies as stated within its Collective Bargaining Agreement between the Defendant and the Drivers/Salesman-Operations Employees and Tulsa General Drivers, Warehouseman and Helpers Local Union 523, affiliated with the International Brotherhood of Teamsters (herein "CBA").

23. The CBA explicitly emphasizes the use of progressive discipline for alleged workplace misconduct. Plaintiff, without accepting that he violated company policy, was never afforded progressive discipline despite his reputation and work record.

24. The Defendant failed to observe its progressive discipline policy as reflected in the CBA when the Defendant suspended, and subsequently terminated the Plaintiff, without observing the Defendant's policy of progressive discipline.

25. Plaintiff is aware of similarly situated Caucasian employees that were awarded preferential treatment with regards to the assignment of routes and the application

4

of the Defendant's policies. Plaintiff is also aware of employees that have witnessed discriminatory treatment of their co-workers by the Defendant.

26. Plaintiff's co-workers attest that the Plaintiff was disciplined disproportionally than Caucasian employees for the alleged subordination claimed by the Defendant's supervisors.

27. Plaintiff believes that the disparate treatment he suffered through was discriminatory based on his race and for retaliation.

## FIRST CLAIM FOR RELIEF
## DISCRIMINATION BASED ON RACE (TITLE VII)

28. Plaintiff incorporates the preceding paragraphs as if realleged.

29. Plaintiff's discharge was a direct result of the Defendants discriminatory application of work policies and practices. These employment practices resulted in the disparate treatment of African-American employees working for the Defendant. Caucasian employees were given preferential treatment with regards to the assignment of routes, staffing of routes, and the application of the Defendant's own employment policies and practices.

30. By treating the Plaintiff differently than similarly situated Caucasian employees, the Defendant has violated Title VII of the Civil Rights Act of 1964.

WHEREFORE, plaintiff prays for judgment against the Defendant for:

a. Back pay and lost benefits; front pay until normal retirement
b. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;
c. Punitive damages for the intentional and knowing acts of discrimination committed by the Defendant's management;
d. His attorney fees and the costs and expenses of this action;
e. Such other relief as the Court deems just and equitable.

## SECOND CLAIM FOR RELIEF
## RETALIATION (TITLE VII)

31. Plaintiff incorporates as if re-alleged the preceding paragraphs.

32. Plaintiff complained about the disparity in treatment between African-American employees and non-African American employees.

33. By terminating Plaintiff's employment in retaliation for his complaints regarding the unfair treatment and race discrimination, Defendant has violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-3(a).

WHERFORE, Plaintiff prays for judgment against the Defendant for:

    a. Back pay and lost benefits; front pay until normal retirement;
    b. Compensatory damages for his mental anguish, pain and suffering and other non-pecuniary losses;
    c. Punitive damages for the intentional and knowing acts of discrimination committed by the management and executives;
    d. His attorney fees and the costs and expenses of this action;
    e. Such other relief as the Court deems just and equitable.

## THIRD CLAIM FOR RELIEF
## DISCRIMINATION BASED ON RACE IN VIOLATION OF THE OADA 25 O.S. § 1301 *et seq*

34. Plaintiff incorporates the preceding paragraphs as if realleged.

35. By terminating Plaintiff's employment for engaging in the same conduct in which his Caucasian counterparts engaged without the equal application of disciplinary action, the Defendant has violated the Oklahoma Anti-Discrimination Act (OADA) 25 O.S. § 1301, et seq.

WHEREFORE, Plaintiff prays for judgment against the Defendant for:

    a. Back pay and lost benefits; front pay until normal retirement
    b. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;
    c. Punitive damages for the intentional and knowing acts of discrimination committed by Defendant's management and executives;

6

    d. His attorney fees and the costs and expenses of this action;
    e. Such other relief as the Court deems just and equitable.

## FOURTH CLAIM FOR RELIEF
### RETALIATION IN VIOLATION OF THE OADA 25 O.S. § 1601 *et seq.*

36. Plaintiff incorporates as if re-alleged the preceding paragraphs.

37. Plaintiff complained about the disparity in treatment.

38. By terminating Plaintiff's employment in retaliation for his complaints regarding unfair treatment and race discrimination, Defendant has violated the Oklahoma Anti-Discrimination Act 25 O.S. §1601, *et seq.*

WHERFORE, Plaintiff prays for judgment against the Defendant for:

    a. Back pay and lost benefits; front pay until normal retirement;
    b. Compensatory damages for his mental anguish, pain and suffering and other non-pecuniary losses;
    c. Punitive damages for the intentional and knowing acts of discrimination committed by the management and executives;
    d. His attorney fees and the costs and expenses of this action;
    e. Such other relief as the Court deems just and equitable.

WHEREFORE, based on the foregoing, Plaintiff prays that this Court grant him the relief sought including, but not limited to, actual damages in excess of Seventy-Five Thousand Dollars ($75,000), with interest accruing from date of filing of suit, punitive damages in excess of Seventy-Five Thousand Dollars ($75,000), back pay and lost benefits, compensatory damages for mental anguish, pain and suffering and other non-pecuniary loss, reasonable attorney's fees, injunctive relief, and all other relief deemed appropriate by this Court.

Respectfully submitted,

_____
Daniel E. Smolen (OBA#19943)
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 (Fax)
*Attorney for Plaintiff*

8



IN THE DISTRICT COURT FOR TULSA COUNTY
STATE OF OKLAHOMA



STEPHEN REAGOR, an individual )
)
Plaintiff, )   CJ-2015-01297
)
vs. )
)
(1) SOUTHERN FOODS GROUP, LLC )
d/b/a BORDEN DAIRY PRODUCTS )   ATTORNEY LIEN CLAIMED
a Foreign Limited Liability Company, and )
(2) BORDEN DAIRY COMPANY OF )
TEXAS, LLC, )            DISTRICT COURT
) **FILED**
Defendants. )
                                            JUN - 8 2015

ORIGINAL SUMMONS

                                        SALLY HOWE SMITH, COURT CLERK
SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED STATE OF OKLA. TULSA COUNTY

Southern Foods Group, LLC
d/b/a Borden Dairy Products
c/o The Corporation Company
1833 S. Morgan Rd.
Oklahoma City, OK 73128

To the above-named Defendant(s)

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this _6_ day of _4_____, 2015

                                County Court Clerk
                        By  _____
                                Deputy Court Clerk



(Seal)
This summons and order was served on _____

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER
CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE



EXHIBIT
3

CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

Return ORIGINAL for filing.

### PERSONAL SERVICE

I certify that I received the foregoing Summons the _____ day of _____, 2015, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
|  |  |  |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2015, and that on _____, I served _____ by leaving a copy of said summons with a copy of the attached Petition at _____, which is his/her dwelling house or usual place of abode, with _____ years of age _____

[Attached USPS Domestic Return Receipt (PS Form 3811):]

SENDER: COMPLETE THIS SECTION
- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Southern Foods Group, LLC
d/b/a Borden Dairy Products
c/o The Corporation Company
1833 S. Morgan Rd.
Oklahoma City, OK 73128

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Korri Behler ☐ Agent ☐ Addressee
B. Received by (Printed Name): THE CORPORATION COMPANY, 1833 S. Morgan Rd., Oklahoma City, OK 73128
Date of Delivery: JUN 1 2015
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 2870 0001 2703 8303

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Subscribed to and sworn to before me this _____ day of _____, 2015.
My Commission Expires: _____
Seal                                                Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the 27 day of May, 2015, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date |
|---|---|---|
| Receipted SFG | c/o Corp Co. 1833 S. Morgan Rd. OKC, OK 73128 | 6/1/15 |

Signature of person mailing summons: [signature]

IN THE DISTRICT COURT FOR TULSA COUNTY
STATE OF OKLAHOMA



| | | |
|---|---|---|
| STEPHEN REAGOR, an individual | ) | |
| Plaintiff, | ) | CJ-2015-01297 |
| vs. | ) | |
| (1) SOUTHERN FOODS GROUP, LLC d/b/a BORDEN DAIRY PRODUCTS a Foreign Limited Liability Company, and (2) BORDEN DAIRY COMPANY OF TEXAS, LLC, | ) ) ) ) ) ) | ATTORNEY LIEN CLAIMED |
| Defendants. | ) | |

**DISTRICT COURT FILED**
JUN - 8 2015
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

ORIGINAL SUMMONS

**SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Borden Dairy Company of Texas, LLC
c/o The Corporation Company
1833 S. Morgan Rd.
Oklahoma City, OK 73128

To the above-named Defendant(s)

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this ___6___ day of ___4___, 2015

County Court Clerk

By _____
Deputy Court Clerk

(Seal)   This summons and order was served on _____

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE

**EXHIBIT 4**

TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**

### PERSONAL SERVICE

I certify that I received the foregoing Summons the _____ day of _____, 2015, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
|  |  |  |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2015, and that on _____, I served _____ by leaving a copy of said summons ...

[Certified mail return receipt card]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Borden Dairy Company of Texas, LLC
c/o The Corporation Company
1833 S. Morgan Rd.
Oklahoma City, OK 73128

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Korri Behler   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  THE CORPORATION COMPANY
   1833 S. Morgan Rd  JUN 1 2015
   Oklahoma City, OK 73128

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
☑ Certified Mail  ☐ Priority Mail Express
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7014 2870 0001 2703 8310

PS Form 3811, July 2013  Domestic Return Receipt

Sheriff of _____ County,

Subscribed to and sworn to before me this _____ day of _____, 2015.
My Commission Expires: _____
Seal        Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the 27th day of May, 2015, and receipt thereof on the dates shown:

| Defendant Receipted | Address Where Served | Date |
|---|---|---|
| Borden Dairy Co of Texas | c/o CorpCo 1833 S. Morgan Rd. OKC, OK 73128 | 6/1/15 |

Signature of person mailing summons: [signature]

IN THE DISTRICT COURT FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
JUN 18 2015
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

STEPHEN REAGOR, an individual )
)
Plaintiff, )  Case No. CJ-2015-1297
)
vs. )
)
(1) SOUTHERN FOODS GROUP, LLC )
d/b/a BORDEN DAIRY PRODUCTS )  ATTORNEY LIEN CLAIMED
a Foreign Limited Liability Company, and )
(2) BORDEN DAIRY COMPANY OF )
TEXAS, LLC, )
)
Defendants. )

## STIPULATION OF DISMISSAL *WITHOUT PREJUDICE* AS TO DEFENDANT BORDEN DAIRY COMPANY OF TEXAS, LLC ONLY

COME NOW the Plaintiff, Stephen Reagor, and hereby dismisses his claim without prejudice as to Defendant Borden Dairy Company of Texas, LLC only.

Respectfully submitted,

Daniel E. Smolen, OBA #19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
320 S. Boston, Suite 1125
Tulsa, OK 74103
(918) 585-2667
(918) 585-2669 Fax

1



EXHIBIT 5