IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN REAGOR, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHERN FOODS GROUP, LLC ) <br> d/b/a BORDEN DAIRY PRODUCTS ) <br> ) <br> Defendants. ) | Case No. 15-CV-345-GKF-FHM |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Stephen Reagor, and Defendant Southern Foods Group, LLC, d/b/a Borden Dairy Products, (the "Parties"), that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Approved and Agreed to By:

s/Daniel E. Smolen_____
Daniel E. Smolen, OBA #19943
danielsmolen@ssrok.com
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Smolen Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone:  (918) 585-2667
Fax:  (918) 585-2669
ATTORNEYS FOR PLAINTIFF

s/Randall J. Snapp_____
 Randall J. Snapp, OBA #11169
Allison E. Osborn, OBA #31677
CROWE & DUNLEVY
A Professional Corporation

-2-

500 Kennedy Building
321 South Boston Avenue
Tulsa, OK  74103
randall.snapp@crowedunlevy.com
allison.osborn@crowedunlevy.com
ATTORNEY FOR DEFENDANTS